BERGER AND MONTAGUE, P.C.
Daniel Berger
Kendall S. Zylstra
Neil F. Mara
1622 Locust Street
Philadelphia, PA 19103-6365
(215) 875-3000

BYRNES & KELLER LLP
Bradley S. Keller, WSBA #10665
Keith D. Petrak, WSBA #19159
Jessica J. Fleck, WSBA #26490
1000 Second Avenue, 38th Fl.
Seattle, WA 98104
(206) 622-2000

The Honorable Robert H. Whaley

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 1999

JAMES R. LARSEN, CLERK
_____ DEPUTY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ROBERT E. WHITE, et al.,

    Plaintiffs,

v.

DR. C. ALVIN PAULSEN, et al.,

    Defendants.

DON BYERS, et al.,

    Plaintiffs,

v.

C. ALVIN PAULSEN, M.D., et al.,

    Defendants.

No. CS 97-0239 RHW

PLAINTIFFS' MOTION TO CERTIFY
DEFENDANTS' APPEAL AS FRIVOLOUS

Noted for Telephonic Oral Argument on
April 21, 1999, at 10:30 a.m.

Plaintiffs move that, pursuant to Chuman v. Wright, 960 F.2d 104 (9th Cir. 1992), this Court certify the defendants' appeal of the Court's denial of defendants' motion for summary judgment regarding the qualified immunity defense as frivolous. Defendants may only appeal questions of law, not fact, and the legal issues underlying defendants' claim of qualified immunity have been clearly

PLAINTIFF'S MOTION TO CERTIFY DEFENDANT'S
APPEAL AS FRIVOLOUS - 1



BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

settled by controlling authority. Further, the factual issues relevant to the qualified immunity defense are not proper issues for interlocutory appeal, and thus constitute a frivolous appeal. This motion is based upon the accompanying Memorandum in Support of Plaintiffs' Motion to Certify Defendants' Qualified Immunity Appeal as Frivolous and on the Affidavit of Keith D. Petrak.

DATED this ___ day of March, 1999.

BERGER AND MONTAGUE, P.C.
Daniel Berger
Kendall S. Zylstra
Neil F. Mara
1622 Locust Street
Philadelphia, PA 19103-6365


BYRNES & KELLER LLP
Bradley S. Keller, WSBA #10665
Keith D. Petrak, WSBA #19159
Jessica J. Fleck, WSBA #26490
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000

By _____
Bradley S. Keller, WSBA #10665
Keith D. Petrak, WSBA #19159
Jessica J. Fleck, WSBA #26490
Attorneys for Plaintiffs

PLAINTIFF'S MOTION TO CERTIFY DEFENDANT'S
APPEAL AS FRIVOLOUS - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 1999, a copy of the foregoing pleading was served upon the following individuals:

<u>Via Hand Delivery</u>:

Michael Madden
Bennett & Bigelow, P.S.
999 Third Avenue, #2150
Seattle, WA  98104

James R. Shively
Assistant U.S. Attorney
920 W. Riverside, Ste. 300
Spokane, WA  94210

William R. Squires III
The Summit Law Group
1205 Westlake Avenue N., Ste. 300
Seattle, WA  98109

Patricia H. Wagner
Heller, Ehrman, White & McAuliffe
6100 Columbia Center
701 Fifth Avenue
Seattle, WA  98104-7098

John D. Wilson, Jr.
David M. Jacobi
Wilson, Smith, Cochran & Dickerson
1700 Financial Center
1215 Fourth Avenue
Seattle, WA  98161-1007

<u>Via Federal Express</u>:

Richard Montague
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1425 New York Ave. N.W., Room 8126
Washington, D.C.  20005

Ms. Gay Elizabeth Kang
Environmental Torts Section
Civil Division, Torts Branch
P. O. Box 340
Washington, D.C.  20044

PLAINTIFF'S MOTION TO CERTIFY DEFENDANT'S
APPEAL AS FRIVOLOUS - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000