The Honorable Robert H. Whaley

1

2  BYRNES & KELLER LLP
   Bradley S. Keller, WSBA #10665
3  1000 Second Avenue
   38th Floor
4  Seattle, WA  98104
   (206) 622-2000

5

6

7

8

9

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 20 2000

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

10

11  ROBERT E. WHITE, et al.,

12              Plaintiffs,

13      v.

14  DR. C. ALVIN PAULSEN, et al.,

15              Defendants.

16  DON BYERS, et al.,

17              Plaintiffs,

18      v.

19  C. ALVIN PAULSEN, M.D., et al.,

20              Defendants.

No. CS 97-0239 RHW

PLAINTIFFS' SUPPLEMENTAL
SUBMISSION REGARDING:

(1) STATUS REPORT
    REGARDING SETTLEMENT
    ADMINISTRATION;

(2) MOTION TO APPROVE OR
    REJECT CERTAIN CLAIMS; AND

(3) MOTION FOR FINAL AWARD
    OF ATTORNEYS' FEES AND
    COSTS

Hearing Date: July 26, 2000; 10:00 a.m.

21      Pending are two motions requesting that the Court (i) reject or approve certain

22  claims submitted, and (ii) approve class counsel's settlement administration fee and

23  cost reimbursement request.  The following is provided concerning the motion

24  regarding rejection or approval of certain claims.

25      The only claimant not previously approved who has submitted anything is Mr.

26  Taté.  Class counsel endeavored to address the Tatés' potential claim in a fair and

PLAINTIFFS' SUPPLEMENTAL SUBMISSION - 1



BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1   impartial manner. The Tatés' submission reflects their sentiment that they have not

2   been so treated. That is unfortunate. Class counsel went to significant lengths to

3   collect, consider and then to present to the Court additional information bearing upon

4   the Tatés' claim. First, class counsel traveled to the McNeil Island Penitentiary and

5   met at the prison with them for 1.8 hours. A memorandum summarizing that meeting

6   was prepared and has been previously provided to the Court. Second, the Tatés

7   indicated they thought that another prisoner, Briggs, could vouch for Mr. Taté's

8   participation. Class counsel contacted Briggs but he was unable to support that Mr.

9   Taté had in fact been a radiated participant in the experiments.[1] Third, when the Tatés

10  requested a copy of the consensual tape recording made of their interview, it was

11  provided to them. Then, when the Tatés requested a transcript of the interview, class

12  counsel incurred the expense of having the tape transcribed and a transcript was

13  provided to them. Fourth, the same criteria utilized to evaluate all claims were utilized

14  concerning the Taté claim. If the individual was not on the Department of Corrections

15  list, and if Dr. Paulsen's records indicated that the individual had not been radiated, the

16  claim was not approved.

17      That Mr. Taté underwent a biopsy (and this is reflected in his medical records)

18  is not probative regarding whether he was a radiated experiment subject. Several

19  dozen or more Walla Walla inmates who participated underwent biopsies but were not

20  radiated experiment subjects. Only the claims of radiated experiment subjects were

21  settled and only radiated experiment subjects (and their children) are class members.

22

---

23      [1]At first, Briggs indicated to class counsel that he did not even recall Mr. Taté. After the

24  Tatés then contacted him, Briggs indicated that he did recall Mr. Taté. Briggs did not, however,

25  provide any information concerning whether Mr. Taté had participated in the experiments, or more

26  important, whether Mr. Taté had been a radiated participant. See attachments.

PLAINTIFFS' SUPPLEMENTAL SUBMISSION - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1      Lastly, the identity of "RV #12" is not unknown.  Although this radiated

2  experiment subject was listed anonymously on the initial Department of Correction

3  list, further investigation and effort by counsel for the Department and Dr. Paulsen's

4  counsel led to that individual being identified.  Neither Mr. Taté nor any of the other

5  persons whose claims have not been approved is RV #12.

6      Attached are copies of all correspondence between the Tatés and class counsel

7  since the moving papers were filed.  There have been no communications to or from

8  the other unapproved claimants other than a telephone call from an attorney who

9  indicated he had been contacted by Mr. Riggins and made some general inquiries.

10     DATED this _18th_ day of ____July____ , 2000.

11                         BERGER AND MONTAGUE, P.C.
Daniel Berger

12                         Kendall S. Zylstra
Neil F. Mara

13                         1622 Locust Street
Philadelphia, PA  19103-6365

14

15                         BYRNES & KELLER LLP
Bradley S. Keller, WSBA #10665

16                         1000 Second Avenue
38th Floor

17                         Seattle, WA   98104
(206) 622-2000

18

19                         By _____

20                         Attorneys for Plaintiffs

21

22

23

24

25

26

1

## CERTIFICATE OF SERVICE

2       The undersigned hereby certifies that on July *18*, 2000, a copy of the foregoing pleading was served upon the following individuals via U.S. Mail:

3

Counsel

4

5  Michael Madden
Bennett & Bigelow, P.S.

6  999 Third Avenue, #2150
Seattle, WA 98104

7  (w/attachments)

John D. Wilson, Jr.
Wilson, Smith, Cochran & Dickerson
1700 Financial Center
1215 Fourth Avenue
Seattle, WA 98161-1007
(w/attachments)

8  Daniel Berger
Stanley B. Siegel

9  Berger and Montague, P.C.
1622 Locust Street

10  Philadelphia, PA 19103-6365
(w/o attachments)

11

Unapproved Claimants

12  Mr. Nelson Anselment
#118482 D501-1

13  Monroe Correction Complex
Twin Rivers Unit

14  P.O. Box 888
Monroe, WA 98272

15  (w/o attachments)

Mr. Warren Halverson
c/o Mr. John Bequette
P.O. Box 304
Malden, WA 99149
(w/o attachments)

16  Mr. Lloyd R. Moore, Sr.
Mr. Lloyd R. Moore, Jr.

17  Mr. Clayton N. Moore
647 S. Denver

18  Spokane, WA 99202
(w/o attachments)

Mr. Les Riggins
6227 High Point Dr. S.W., #317
Seattle, WA 98126
(w/o attachments)

19

20  Mr. Martin Smith
Mr. David P. Smith

21  609 Spruce Avenue
Rocky Ford, CO 81067
(w/o attachments)

Mr. George D. Taté
c/o Linda Taté
10 E. Elk Pl.
Shelton, WA 98584
(w/attachments)

22

23  Lucille A. Moore
PO Box 2154

24  Summerville, SC 29484-2154
(w/o attachments)

Kenya L. Moore
207 S. Burns Road
Spokane, WA 99216
(w/o attachments)

25

26

_____
Bradley S. Keller

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# ATTACHMENTS NOT SCANNED